```
 1  Eric Bensamochan, Bar #255482
    The Bensamochan Law Firm
 2  30851 Agoura Rd # 114
    Agoura Hills, Ca 91301
 3  818-907-5866  (FAX) 818-461-5959
    ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC, ) | |
|       Plaintiff,   vs. ) | Case No.: 5:10-CV-01866-WDK-FMO |
| JONATHAN H. HURTADO, et al, ) | **RENEWAL OF JUDGMENT BY CLERK** |
|       Defendant, ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Jonathan H. Hurtado, individually and doing business as Armando's Mexican Restaurant, entered on February 6, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 5040.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | **Subtotal** *(add a and b)* | **$ 5040.00** |
| d. | Credits | $ 00.00 |
| e. | Subtotal *(subtract d from c)* | $ 5040.00 |
| f. | Interest after judgment (.13%) | $ 64.73 |
| g. | Fee for filing renewal of application | $ 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$ 5104.73** |

Dated: __12/21/2021__      CLERK, by Deputy ___/s/ Kai Munal___
                                                       Kiry A. Gray,
                                                     Clerk of U.S. District Court